**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000477
01-SEP-2016
09:20 AM**

NO. CAAP-15-0000477

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JUSTIN MCKINLEY, Defendant-Appellant,
and
LAWRENCE L. BRUCE, Defendant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 14-1-0987)

ORDER OF CORRECTION
(By: Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion filed on August 31, 2016 in the above case is corrected as follows:

Page 1, footnote 1 is corrected to read "The Honorable Paul B.K. Wong signed the May 5, 2015 'Judgment of Conviction and Sentence' and the May 5, 2015 'Mittimus; Warrant of Commitment to Jail.' The Honorable Randal K.O. Lee presided over the proceedings."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 1, 2016.

FOR THE COURT:

Associate Judge

---

[1] Considered by Foley, Presiding J., Fujise and Reifurth, JJ.